**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANIEL BRYANT YAZZIE,

      Plaintiff,

v.                                              No. CV 10-0666 JB/CG

UNITED STATES OF AMERICA, ET AL.,

      Defendants.

**ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE**

This matter is before the Court on Plaintiff Daniel Bryant Yazzie's Response (Doc. 9) to the Court's Order to Show Cause (Doc. 8). In the Court's Order to Show Cause, Mr. Yazzie was directed to explain why he had not made an initial payment of $3.82 towards the filing fee in his case. (*Id.*). Mr. Yazzie claims that he attempted to make the required payment but that his request for a withdrawal of inmate funds was returned to him because it was improperly addressed. (Doc. 9 at 2). Mr. Yazzie requests that the Court authorize an extension of time to pay the filing fee in his case. (*Id.* at 1). Having considered the pleadings in this case, and otherwise being fully advised in the premises, this Court determines that Mr. Yazzie did make a good faith attempt to pay the filing fee in his case and that he is therefore entitled to an extension.

**IT IS THEREFORE ORDERED** that Mr. Yazzie's request for an extension of time to pay the filing fee in his case is **GRANTED**. Mr. Yazzie shall be given fifteen days from the entry of this Order to pay $3.82 towards the filing fee in his case. Failure to comply with this Order may result in dismissal of the complaint without further notice.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE